Patrick K. Hanly (SBN 128521)
455 Capitol Mall #325
Sacramento, California 95814
Telephone: (916) 773-2211
Facsimile: (916) 492-2680

Attorney for Defendant
CHARLES NEELY

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No: 16-104 TLN |
| Plaintiff, | **WAIVER OF APPEARANCE** |
| vs. | |
| CHARLES NEELY, | **Date: N/A**<br>**Time: N/A**<br>**Courtroom: Honorable**<br>**TROY L. NUNLEY** |
| Defendant. | |

Defendant **CHARLES NEELY**, hereby waives the right to be present in person in open court upon the hearing of any motion or other proceeding in this case, including when the case is set for trial, when a continuance is ordered, and when any other action is taken by the court before or after trial, except upon arraignment, plea, empanelment of jury and imposition of sentence.

Defendant hereby requests the court to proceed during every absence of his which the court may permit pursuant to this waiver; agrees that his interests will be deemed represented at all time by the

/ / /

/ / /

/ / /

WAIVER OF APPEARANCE

presence of his attorney, the same as if defendant were personally present; and further agrees to be present in person in court ready for trial on any day which the court may fix in his absence.

Dated: July 21, 2016	by:	/s/ Charles Neely

Dated: July 21, 2016	by:	/s/ Patrick K. Hanly

**IT IS SO ORDERED**.

Dated: July 22, 2016

	Troy L. Nunley
	United States District Judge