1  Law Office of Patrick K. Hanly (Bar # 128521)
2  455 Capitol Mall, Suite 325
   Sacramento CA 95814
3  Telephone (916) 773-2211
   Facsimile (916) 492-2680
4
   Attorney for Defendant
5  CHARLES NEELY

6
7              UNITED STATES DISTRICT COURT
               EASTERN DISTRICT OF CALIFORNIA
8
9
10 UNITED STATES OF AMERICA,        )  Case No.: 2:16-cr-104 TLN
                                    )
11              Plaintiff,          )  **STIPUATION AND ORDER TO CONTINUE**
                                    )  **STATUS CONFERENCE AND EXCLUDE**
12 v.                               )  **TIME UNDER THE SPEEDY TRIAL ACT**
                                    )
13 CHARLES NEELY,                   )
                                    )  **DATE: February 16, 2017**
14              Defendant.          )  **TIME:  9:30 a.m.**
                                    )  **COURTROOM: TROY L. NUNLEY**
15 _____  )

16
17      Plaintiff United States of America, by and through its counsel of record, and defendant

18 CHARLES NEELY by and through his counsel of record, hereby stipulate as follows:

19 1.      By previous order, this matter was set for status on February 16, 2017.

20 2.      By this stipulation, defendant now moves to continue the status conference until April 27,

21 2017, at 9:30 a.m., and to exclude time between February 16, 2017 and April 27, 2017, under

22 Local Code T4.  Plaintiff does not oppose this request.

23 3.      The parties agree and stipulate, and request that the Court find the following:

24
25      a.      The government has provided initial discovery of over 4000 pages.

26      b.      Counsel for defendant needs additional time to complete the review of

27 discovery, to conduct defense investigation, and to discuss potential resolution with defendant.

28      c.      Counsel for defendant believes that failure to grant the above-requested

continuance would deny them the reasonable time necessary for effective preparation,

taking into account the exercise of due diligence.

      d.     The government does not object to the continuance.

      e.     Based on the above-stated findings, the ends of justice served by

continuing the case as requested outweigh the interest of the public and the defendant in

a trial within the original date prescribed by the Speedy Trial Act.

      f.     For the purpose of computing time under the Speedy Trial Act, 18 U.S.C.

§ 3161, et seq., within which trial must commence, the time period of February 16, 2017 to April

27, 2017, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h) (7) (A), B (iv) [Local

Code T4] because it results from a continuance granted by the Court at defendant's request on the

basis of the Court's finding that the ends of justice served by taking such action outweigh the best

interest of the public and the defendant in a speedy trial.

4.     Nothing in this stipulation and order shall preclude a finding that other provisions of the

Speedy Trial Act dictate that additional time periods are excludable from the period within which

a trial must commence.

**IT IS SO STIPULATED.**

Dated: February 7, 2017                <u>/s/ Patrick K. Hanly</u>
                                          Attorney for Charles Neely

                                          LORETTA LYNCH
                                          UNITED STATES ATTORNEY GENERAL

                                          BRIAN J. STRETCH
                                          UNITED STATES ATTORNEY

Dated: February 7, 2017           by:    <u>/s/ Thomas Moore</u>
                                          Assistant U.S. Attorney
                                          Special Attorney to the
                                          United States Attorney General

**IT IS SO ORDERED.**

DATED: February 7, 2017

Troy L. Nunley
United States District Judge