Law Office of Patrick K. Hanly (Bar # 128521)
455 Capitol Mall, Suite 325
Sacramento CA 95814
Telephone (916) 773-2211
Facsimile (916) 492-2680

Attorney for Defendant
CHARLES NEELY

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> CHARLES NEELY, <br><br> Defendant. <br> _____ | Case No.: 2:16-cr-104 TLN <br><br> **STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE AND EXCLUDE TIME UNDER THE SPEEDY TRIAL ACT** <br><br> **DATE: September 7, 2017** <br> **TIME:  9:30 a.m.** <br> **COURTROOM: TROY L. NUNLEY** |

Plaintiff United States of America, by and through its counsel of record, and defendant CHARLES NEELY by and through his counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for status on September 7, 2017.

2. By this stipulation, defendant now moves to continue the status conference until November 9, 2017, at 9:30 a.m., and to exclude time between September 7, 2017, and November 9, 2017, under Local Code T4.  Plaintiff does not oppose this request.

3. The parties agree and stipulate, and request that the Court find the following:

    a. The government has provided initial discovery of over 4000 pages.

    b. Counsel for defendant needs additional time to complete the review of discovery, to conduct defense investigation, and to discuss potential resolution with defendant.

    c. Counsel for defendant believes that failure to grant the above-requested

continuance would deny them the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

   d. The government does not object to the continuance.

   e. Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

   f. For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of September 7, 2017 to November 9, 2017 , inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h) (7) (A), B (iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

**IT IS SO STIPULATED.**

| Dated: August 30, 2017 | | /s/ Patrick K. Hanly |
| --- | --- | --- |
| | | Attorney for Charles Neely |
| | | |
| | | JEFF SESSIONS |
| | | UNITED STATES ATTORNEY GENERAL |
| | | |
| | | BRIAN J. STRETCH |
| | | UNITED STATES ATTORNEY |
| | | |
| Dated: August 30, 2017 | by: | /s/ Thomas Moore |
| | | Assistant U.S. Attorney |
| | | Special Attorney to the |
| | | United States Attorney General |

| | |
|---|---|
| 1 | **IT IS SO ORDERED.** |
| 2 | DATED: August 30, 2017 |

_____
Troy L. Nunley
United States District Judge

*U.S. v. Neely*, CR S 16-104 TLN
Stipulation to Continue Status
Conference 9-7-17